UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL J. GILMAN, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | No. 1:11-cv-234-GZS |
| | ) | |
| SOCIAL SECURITY ADMINIS-TRATION COMMISSIONER, | ) ) | |
| | ) | |
| **Defendant** | ) | |

### ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 24) filed April 17, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's final decision is **AFFIRMED**, and judgment is entered in favor of the Commissioner.

　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 11th day of May, 2012.